UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
Senior United States District Judge
Sacramento, California

                          RE:   Nathaniel HAYES
                                 Docket Number:   2:03CR00363-02
                                 **REQUEST FOR CONTINUANCE**

Your Honor:

On August 11, 2008, the offender made his initial appearance before Your Honor on a violation of supervised release petition.  The petition filed August 5, 2008, alleges in Charges 1 and 2 - New Law Violations and in Charge 3 - Unauthorized Association with a Felon.  The matter was continued until October 27, 2008, and then continued until January 5, 2009.

Another continuance is respectfully requested because the releasee has requested a jury trial in his local state cases.  A jury trial is set in both matters for January 20, 2009, in Sacramento County Superior Court.

I have spoken with both the defense counsel and the Assistant U.S. Attorney and neither of them object to another continuance to allow the local cases to resolve.  It is respectfully recommended this matter be continued from January 5, 2009, to March 16, 2009, at 8:30 a.m.

                      Respectfully submitted,

                  **/s/   Lori L. Koehnen**

                  **LORI L. KOEHNEN**
         **Senior United States Probation Officer**

Dated:       December 19, 2008
                Sacramento, California
                LLK/cp

**RE:**   Nathaniel HAYES
      Docket Number:   2:03CR00363-02
      <u>REQUEST FOR CONTINUANCE</u>

**REVIEWED BY:**   /s/   Kyriacos M. Simonidis
      **KYRIACOS M. SIMONIDIS**
      **Supervising United States Probation Officer**

cc:   Jean Hobler
      Assistant United States Attorney

      Robert J. Peters
      Defense Counsel

_____

## ORDER OF THE COURT:

[x]   The initial appearance on the probation violation petition filed on August 5, 2008, presently scheduled for January 5, 2009, at 8:30 a.m. is continued to March 16, 2009, at 8:30 a.m.

Dated: December 22, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE